UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN BECERRA SANDOVAL,<br><br>Defendant. | Case No.: 21-CR-1960-AJB<br><br>**ORDER AND JUDGMENT ON THE UNITED STATES' MOTION TO DISMISS** |

The United States having moved to dismiss, and good cause appearing, IT IS HEREBY ORDERED that the Information is dismissed with prejudice. Further, the bond is exonerated.

IT IS SO ORDERED.

Dated: November 22, 2021

_____
Hon. Anthony J. Battaglia
United States District Judge